UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | |
| | : | Criminal No. 12-590 |
| MARK CLEVETT and | : | |
| HAROLD CLEVETT | : | ORDER |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rahul Agarwal, Assistant U.S. Attorney, appearing), and defendants Mark Clevett (Donald H. Larsen, Esq., appearing), and Harold Clevett (Brian J. Neary, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until May 6, 2013 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 23rd day of October, 2012,

ORDERED that:

the trial date in this matter is continued until May 6, 2013, and that the period of time from September 25, 2012 through May 6, 2013, shall be excluded for the purposes of computing time under

the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before February 25, 2013;

2. The Government shall respond to such motions on or before March 18, 2013;

3. Defendants shall file reply papers, if any, on or before April 1, 2013;

4. The return date for pretrial motions shall be April 15, 2013 at 10:00 a.m.; and

5. Trial shall commence on May 6, 2013 at 9:30 a.m.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. KEVIN MCNULTY
　　　　　　　　　　　　　　　　　　United States District Judge

I hereby consent to the form
and entry of this order

_____
Donald H. Larsen, Esq.
(Attorney for Mark Clovett)


_____
Brian J. Neary, Esq.
(Attorney for Harold Clevett)


_____
Rahul Agarwal, AUSA

the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before February 25, 2013;

2. The Government shall respond to such motions on or before March 18, 2013;

3. Defendants shall file reply papers, if any, on or before April 1, 2013;

4. The return date for pretrial motions shall be April 15, 2013 at 10:00 a.m.; and

5. Trial shall commence on May 6, 2013 at 9:30 a.m.

                                          _____
                                          HON. KEVIN MCNULTY
                                          United States District Judge

I hereby consent to the form
and entry of this order

_____
Donald H. Larsen, Esq.
(Attorney for Mark Clevett)

_____
Brian J. Neary, Esq.
(Attorney for Harold Clevett)

_____
Rahul Agarwal, AUSA